# United States Court of Appeals
## For the First Circuit

No. 03-1954

INVESSYS, INC. and PETER HODGES,

Plaintiffs, Appellants,

v.

THE McGRAW-HILL COMPANIES, LTD. and
THE McGRAW-HILL COMPANIES, INC.,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on May 21, 2004, should be amended as follows:

On page 4, line 3, replace "August 2, 2002," with "August 2, 2001."

On page 8, line 7 of 2nd full paragraph, replace "C.f." with "Cf.".